UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-23807-MARTINEZ/GOODMAN

SCOTT A. KRON, individually and on
behalf of all others similarly situated,

    Plaintiff,

vs.

GRAND BAHAMA CRUISE LINE, LLC,
a Florida Limited Liability Company,

    Defendant.
_____/

**DEFENDANT, GRAND BAHAMA CRUISE LINE, LLC'S,
<u>CORPORATE DISCLOSURE STATEMENT</u>**

GRAND BAHAMA CRUISE LINE, LLC ("GBCL"), Defendant, by and through its undersigned counsel and pursuant to Federal Rule of Civil Procedure 7.1, hereby files this its Corporate Disclosure Statement, and identifies the following information:

1. Undersigned counsel certifies that the following is a full and complete list of all parties in this action, including any parent corporation, and any publicly held corporation that owns 10% of more of the stock of a party:

    Scott A. Kron, Plaintiff

    Grand Bahama Cruise Line, LLC, Defendant

2. No parent corporation or publicly held corporation owns 10% or more of the stock of Defendant Grand Bahama Cruise Line, LLC.

3. Undersigned counsel certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

Scott A. Kron

Grand Bahama Cruise Line, LLC

Bethany Worstell, sole member and owner of Grand Bahama Cruise Line, LLC

Respectfully submitted,

Dated: February 24, 2016
       Miami, Florida

     /s/ *Eduardo J. Hernandez*
EDUARDO J. HERNANDEZ
Florida Bar No.: 061451
ehernandez@brownhernandez.com
BROWN & HERNANDEZ, LLC
4000 Ponce De Leon Boulevard
Suite 470
Coral Gables, Florida 33146
Tel.: (305) 909-7331
Fax.: (305) 909-7336

     /s/ *Jason Wagner*
JASON WAGNER
Texas Bar No. 00795704
jwagner@wsdllp.cpm
WAGNER SAENZ DORITY, LLP
1010 Lamar Street
Suite 425
Houston, Texas 77002
Tel.: (713) 554-8450
Fax.: (713) 554-8451

**Attorneys for Defendant**

**CERTIFICATE OF SERVICE**

WE HEREBY CERTIFY that on February 24, 2016, we electronically filed the foregoing document with the Clerk of the Court using CM/ECF. We also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to received electronically Notices of Electronic Filing.

   /s/ *Eduardo J. Hernandez*
EDUARDO J. HERNANDEZ
Florida Bar No.: 061451
ehernandez@brownhernandez.com

**SERVICE LIST**

**John J. Crabtree**
Florida Bar No. 886270
jcrabtree@crabtreelaw.com
**Charles M. Auslander**
Florida Bar No. 349747
causlander@crabtreelaw.com
**George R. Baise, Jr.**
Florida Bar No. 0111805
gbaise@crabtreelaw.com
**Brian C. Tackenberg**
Florida Bar No. 0107224
btackenberg@crabtreelaw.com
CRABTREE & AUSLANDER, LLC
240 Crandon Boulevard – Suite 101
Key Biscayne, Florida 33149
Tel.: (305) 361-3770
Fax.: (305) 437-8118

**Attorneys for Plaintiff**

**Eduardo J. Hernandez**
Florida Bar No. 061451
ehernandez@brownhernandez.com
BROWN & HERNANDEZ, LLC
4000 Ponce De Leon Boulevard
Suite 470
Coral Gables, Florida 33416
Tel.: (305) 909-7331
Fax.: (305) 909-7336

**Jason Wagner**
Texas Bar No. 00795704
jwagner@wsdllp.com
WAGNER SAENZ DORITY, LLP
1010 Lamar Street – Suite 425
Houston, Texas 77002
Tel.: (713) 554-8450
Fax.: (713) 554-8451

**Attorneys for Defendant**