# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF FLORIDA, MIAMI DIVISION

Case No. 1:15-cv-23807-MARTINEZ/GOODMAN

SCOTT A. KRON, individually and
on behalf of all others similarly situated,

    *Plaintiff*,

v.

GRAND BAHAMA CRUISE LINE, LLC,
a Florida limited liability company,

    *Defendant*.

_____/

## PLAINTIFF SCOTT A. KRON'S DECLARATION IN SUPPORT OF PLAINTIFF'S MOTION FOR CLASS CERTIFICATION

### DECLARATION OF SCOTT KRON

1. I am submitting this Affidavit in support of Plaintiff's Motion for Class Certification in the above-styled matter. I am qualified to act as a class representative for the putative plaintiff class.

2. I have no prior relationship with the defendant, yet the defendant made robocalls to my cellular telephone.

3. This action was initiated to prosecute the defendant's violations of the the Telephone Consumer Protection Act of 1991 based upon the defendant's calls.

4.      Throughout this litigation, my attorneys have kept me apprised of the status of the proceedings.

5.      I am willing to participate fully in this litigation, and willing to undertake any obligation that I must in order to represent the class of similarly situated individuals that may be certified.

6. I am familiar with the fiduciary nature of the responsibilities of class representatives to the plaintiff class, including with respect to settlement or compromise of alleged or certified class claims. If appointed as a class representative by this Court, I will act at all times with the best interests of the class in mind and will not place my personal interests ahead of absentee class members.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated September 1, 2017

Respectfully submitted,

_____
Scott Kron